IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES SCOTT STOVALL                                                                      PLAINTIFF

v.                                       NO. 3:08CV00175 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                              DEFENDANT

### ORDER

Although the complaint in this case was filed November 5, 2008, no return of service has been filed indicating that proper service has been obtained on Defendant.

Under these circumstances, the complaint is subject to dismissal. Fed.R.Civ.P. 4(m); *Bryant v. Brooklyn Barbecue Corp.*, 932 F.2d 697 (8th Cir.), *cert. denied*, 502 U.S. 1005 (1991); *Ouzts v. Cummins*, 825 F.2d 1276 (8th Cir. 1987).

Plaintiff must obtain service on defendant within 30 days of the date of this Order, or the complaint will be dismissed.

IT IS SO ORDERED this 6th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE